```
                                            FILED
                                       U.S. DISTRICT COURT
                                        MIDDLE GEORGIA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

```
                                       2009 SEP 14  AM 10 14

                                       /s/ Littleton
                                       ─────────────────
                                          DEPUTY CLERK
```

DANIEL GARRETT,                :
    Plaintiff,                :
                               :
v.                             :   1:07-CV-175 (WLS)
                               :
THOMAS AMMONS, Warden;         :
GARLAND HUNT,                  :
    Defendants.               :
_____:

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed August 11, 2008. (Doc. 32). It is recommended that Defendants' Pre-Answer Motion to Dismiss (Doc. 26) be **GRANTED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 32) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Pre-Answer Motion to Dismiss (Doc. 26) is hereby **GRANTED**. Thus, Plaintiff's Complaint (Doc. 2) is **DISMISSED** and Judgment shall be entered for Defendants.

SO ORDERED, this 14th day of September, 2009.

                    /s/ W. Louis Sands
              THE HONORABLE W. LOUIS SANDS,
              UNITED STATES DISTRICT COURT